**Order entered January 26, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00357-CV**

**DAVID BLAIR, Appellant**

**V.**

**THE HOUSING AUTHORITY OF THE CITY OF DALLAS, TX**
**ROSELAND ESTATES, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-01421-D**

**ORDER**

By letter dated December 8, 2022, we notified appellant his brief failed to comply with rule 38 of the Texas Rules of Appellate Procedure and directed him to file an amended brief that complied with rule 38 within ten days. To date, appellant has not filed an amended brief.

Accordingly, we **ORDER** the appeal submitted on appellant's November 28, 2022 brief. Appellee's brief shall be filed within **THIRTY DAYS** of the date

of this order.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE